AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bea, Carlos T. | U.S. Court of Appeals for the Ninth Circuit | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuite Judge (Active) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Ninth Circuit
95 Seventh Street, Suite 205
San Francisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | ▮▮▮▮▮ | $70,368.00 |
| 2. 2011 | San Francisco Judges' Retirement | $97,193.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▮▮▮▮▮ | 01/23-24/11 | Duarte, California | ▮ business | Travel, hotel, and food |
| 2. | Federalist Society | 01/28-29/11 | Simi Valley, California | Moderate panel | Travel, hotel, and food |
| 3. | USD Law School | 03/02-03/11 | San Diego, California | Moot Court | Travel, hotel, and food |
| 4. | ▮▮▮▮▮ | 08/02/11 | Duarte, California | ▮ business | Travel and food |
| 5. | Federalist Society | 10/19-22-11 | Washington, DC | Moderate panel | Travel, hotel, and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FPA Associates, L.L.C, Newport Beach, CA | A | Distribution | J | U | | | | | |
| 2. Franklin Templeton CA Tax Exempt Fund | | None | | | Closed | 01/01/11 | J | A | See Note 4 in Part VIII |
| 3. Vanguard CA Tax Exempt Money Market | | None | | | Closed | 01/01/11 | J | A | See Note 4 in Part VIII |
| 4. ▓▓▓▓▓▓▓ | G | Distribution | O | W | | | | | See Note 1 in Part VIII |
| 5. Banco Santander | A | Interest | M | T | Open | 01/01/11 | J | | See Note 5 in Part VIII |
| 6. Trees (Spain) | | None | N | W | Sold (part) | 09/16/11 | M | G | See Note 6 in Part VIII |
| 7. UBS Money Fund, Inc. Deposit A/C | A | Interest | K | T | | | | | |
| 8. AT&T, Inc. | D | Dividend | M | T | Buy (add'l) | 12/07/11 | L | | |
| 9. Blackrock, Inc. | A | Dividend | | | Sold | 04/08/11 | K | A | |
| 10. Caterpillar, Inc. | B | Dividend | L | T | | | | | |
| 11. Chevron Corp. | C | Dividend | M | T | | | | | |
| 12. Cisco Systems, Inc. | A | Dividend | | | Sold | 01/28/11 | L | A | |
| 13. Coca Cola | A | Dividend | L | T | Buy | 08/16/11 | L | | |
| 14. Comerica, Inc. | A | Dividend | | | Sold | 04/08/11 | K | A | |
| 15. Cummins, Inc. | A | Dividend | | | Sold | 05/31/11 | M | E | |
| 16. Cummins, Inc. | | | | | Merged (with line 15) | | | | |
| 17. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EMC Corp. MASS | | None | M | T | | | | | |
| 19. Exxon Mobil Corp. | C | Dividend | M | T | | | | | |
| 20. Fifth Third Bank Corp. | A | Dividend | | | Sold | 05/31/11 | K | A | |
| 21. Freeport McMoran Copper & Gold Inc. | C | Dividend | L | T | | | | | |
| 22. IShares Inc. MSCI Switz Index Fund | D | Dividend | O | T | | | | | |
| 23. IShare S&P Global Tele Index Fund | E | Dividend | N | T | | | | | |
| 24. Google Inc. CL A | A | Dividend | | | Sold | 05/31/11 | M | A | |
| 25. McDonalds Corp. | C | Dividend | L | T | Sold (part) | 05/31/11 | M | E | |
| 26. McDonalds Corp. | | | | | Merged (with line 25) | | | | |
| 27. Merck & Co., Inc. New COM | B | Dividend | | | Sold | 01/28/11 | L | A | |
| 28. Mosaic Co | A | Dividend | M | T | Buy | 05/31/11 | M | | |
| 29. Occidental Petroleum | A | Dividend | L | T | Buy | 05/31/11 | L | | |
| 30. Pepsico Inc | A | Dividend | L | T | Buy | 08/16/11 | L | | |
| 31. Pfizer, Inc. | D | Dividend | M | T | | | | | |
| 32. Pfizer, Inc. | | | | | Merged (with line 31) | | | | |
| 33. Philip Morris | A | Dividend | L | T | Buy | 08/16/11 | L | | |
| 34. Polo Ralph Lauren Corp. | A | Dividend | | | Sold | 05/31/11 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Potash Corp | A | Dividend | L | T | Buy | 08/16/11 | L | | |
| 36. Procter & Gamble | A | Dividend | L | T | Buy | 08/16/11 | L | | |
| 37. Range Resources | A | Dividend | M | T | Buy | 05/31/11 | L | | |
| 38. Quinstreet, Inc. Com | | None | | | Sold | 05/31/11 | L | A | |
| 39. Talisman Energy | B | Dividend | L | T | Buy | 05/31/11 | L | | |
| 40. Vale SA-SP SPON ADR | B | Dividend | K | T | | | | | |
| 41. YUMI Brands, Inc. | B | Dividend | L | T | | | | | |
| 42. Currency Shares Swiss Franc Trust SHS | | None | N | T | | | | | |
| 43. Currency Shares Japanese Yen Trust SHS | | None | N | T | | | | | |
| 44. SPDR Lehman International Tresasury Bond | C | Dividend | | | Sold | 05/31/11 | O | E | |
| 45. SPDR Gold Trust | C | Distribution | P1 | T | Buy (add'l) | 05/31/11 | M | | |
| 46. Trust 1: IShares S&P Global Telecommunications | C | Dividend | L | T | Sold (part) | 12/09/11 | K | C | See Note 2 in Part VIII |
| 47. Trust 1: Dodge & Cox Stock Fund | A | Dividend | J | T | Buy | 01/01/11 | J | | See Note 2 in Part VIII |
| 48. Trust 1: SPDR Gold Trust | | None | N | T | Buy | 01/01/11 | N | | See Note 2 in Part VIII |
| 49. Trust 1: SPDR S&P 500 | D | Dividend | N | T | Buy (add'l) | 08/24/11 | K | | See Note 2 in Part VIII |
| 50. Trust 1: UBS Money Market | A | Interest | J | T | Open | 01/01/11 | J | | See Note 2 in Part VIII |
| 51. Trust 2: | G | Distribution | O | W | Buy | 01/01/11 | O | | See Note 3 in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA Traditional: UBS Bank Deposit | A | Interest | J | T | | | | | |
| 53. IRA Traditional: Ishares, Inc. MSCI Switz Index Fund | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 54. IRA Traditional: Dodge & Cox Stock Fund | A | Dividend | J | T | Sold (part) | 12/01/11 | J | A | |
| 55. IRA Traditional: US Treasure TIP | D | Interest | N | T | | | | | |
| 56. IRA Rollover: UBS Bank Deposit | A | Interest | J | T | | | | | |
| 57. IRA Rollover: Ishares Inc. MSCI Switz Index Fund | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 58. IRA Rollover: Dodge & Cox Stock Fund | A | Dividend | J | T | Sold (part) | 12/01/11 | J | A | |
| 59. IRA Rollover: US Treasure TIP | D | Interest | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Assessed value of ▭ was determined by the Los Angeles County Assessor's Appeal Board.

Note 2: Items are part of martial trust ▭ accidently left off of prior reports.

Note 3: Item is part of generation skipping trust ▭ accidently left off of prior reports.

Note 4: These funds was closed in 2010 and reported here in 2011.

Note 5: Banco Santander (Spain) has been open for a number of years with minimal amounts, but in 2011 deposits were made from sales of trees.

Note 6: Trees (Spain) located on ▭ land (acquired 1959) were sold in 2011. Some of funds were deposited in Banco Santander.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Carlos T. Bea**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544